IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

PATRICK McGAIL, :

        Petitioner,                     Case No. 3:17-cv-251

- vs -                                   District Judge Walter H. Rice
                                         Magistrate Judge Michael R. Merz

WARDEN, London Correctional
Institution,

        Respondent. :

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (ECF No. 28), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby ADOPTS said Report and Recommendations.

Accordingly, it is hereby ORDERED that the Conditional Writ be DISSOLVED.

The Clerk shall forward a copy of this Report to Judge Wall.

February 15, 2019.

                                                                 Walter H. Rice
                                                                  United States District Judge